**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 114334
*Attorneys for Plaintiff*

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 16 2018   ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

George William Lynch, individually and on behalf of
all others similarly situated,

Plaintiff,

-against-

Vital Recovery Services, Inc. and LendingClub
Corporation,

Defendant.

Docket No: 2:18-cv-03459-JFB-AYS

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily

dismissed with prejudice against the defendant.

Dated: November 14, 2018

*The clerk of the court shall close the case.*

**SO ORDERED**

Joseph Bianco
Joseph F. Bianco
USDJ

Date: Nov 16 20 18
Central Islip, N.Y.

**BARSHAY SANDERS, PLLC**

By: __/s Craig B. Sanders__
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114334
*Attorneys for Plaintiff*